IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CAROLYN FAY GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF TRENTON, ) <br> MISSOURI, et al., ) <br> ) <br> Defendants. ) | Case No. 01-6073-CV-SJ-DW |

ORDER

On December 17, 2003, consistent with the mandate of the Eighth Circuit Court of Appeals, this Court Ordered the total judgment of $25,000.00 to be reinstated in favor of the Plaintiff and against Defendant Timothy Whitaker and that Plaintiff is entitled to post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961.

On December 22, 2003, Plaintiff acknowledged Receipt and Satisfaction of the judgment amount of $25,000.00, plus interest. Plaintiff also acknowledged Receipt and Satisfaction of all her attorney fees and expenses in the total sum of $131,000.63. Lastly, Plaintiff released any claim for attorney fees, expenses or damages against the Defendant or Defendant's attorneys, insurers, heirs, or representatives.

The Court hereby acknowledges Plaintiff's Receipt and Satisfaction. Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: December 15, 2005